UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY GAMMON, *as Personal Representative of the Estate of Andrew Edward Gammon,* <br><br> Plaintiff, <br><br> v. <br><br> TEREX CORPORATION, GENIE INDUSTRIES, INC., GENIE INTERNATIONAL, INC., GENIE HOLDINGS, INC., TRAYLOR-MASSMAN-WEEKS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 14-368 JPG/PMF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal (Doc. 5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Tracy Gammon, *as Personal Representative of the Estate of Andrew Edward Gammon*. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendants have not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

DATED: March 27, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE